NEW JERSEY POWER & LIGHT COMPANY, in Its Own Behalf and in Behalf of All Other Holders of " National Public Service Corporation Secured Gold Debentures 5% Series Due 1978," Appellant, v. THE NEW YORK TRUST COMPANY, Individually, as Custodian for the Owners in Common of 712,411 Shares of Common Stock of Jersey Central Power & Light Company, and as Trustee under Trust Indenture Dated as of February 1, 1928, between NATIONAL PUBLIC SERVICE CORPORATION and Said THE NEW YORK TRUST COMPANY, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN J. MCSHERRY, JR., Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GOTHAM AMUSEMENT CORP. and Others, Respondents, v. HARRY GLOVER, as President of the Allied Motion Picture Operators Union, a Voluntary Unincorporated Association of More Than Seven Members, Appellant, Impleaded with Others.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application for Letters of Administration upon the Goods, Chattels and Credits of ESTHER ANNIE RECHTSCHAFFEN, Also Known as ESTHER FRIEDMAN and as ANNIE FRIEDMAN, Deceased. NATHAN ZUCKER, Appellant; LOUIS RECHTSCHAFFEN, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [162 Misc. 374.]

In the Matter of the Application of 2291 REALTY CORPORATION, Respondent, against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SAMUEL FEINBERG, as Administrator with the Will Annexed of CHARLES FEINBERG, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. SAMUEL FEINBERG, Respondent; JACK KATZ, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM P. ZWINGE and Others, Appellants, v. THE CITY OF NEW YORK and Others, Respondents, Impleaded with Others.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GRACE H. MURRAY and Others, as Executors, etc., of ELIZABETH H. STANTON, Deceased, Appellants, v. THE CITY OF NEW YORK, Respondent, and FRANK H. APPLETON, as Successor Trustee under Indenture and Deed of Trust Dated July 15, 1922, and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [165 Misc. 125.]